DMP:FJN/APW
F. #2021R00043

***FILED***

4:57 pm, Jan 22, 2021

U.S. DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

EDUARD FLOREA,
   also known as "LoneWolfWar,"

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **1:21-cr-00037(EK)(CLP)**

(T. 18, U.S.C., §§ 875(c), 922(g)(1),
924(a)(2), 924(d)(1), 981(a)(1)(C) and
3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

<u>INTRODUCTION</u>

     At all times relevant to this Indictment, unless otherwise indicated:

I.    <u>The Defendant</u>

     1.    The defendant EDUARD FLOREA, also known as "LoneWolfWar," was a United States citizen and resident of Queens, New York.

     2.    The defendant EDUARD FLOREA was previously convicted on or about July 22, 2014 of criminal possession of a weapon in the third degree, in violation of New York Penal Law § 265.02, which was punishable by more than one year imprisonment.

II.    <u>Parler LLC</u>

     3.    Parler LLC ("Parler") was a Henderson, Nevada-based company that owned and operated a free-access micoblogging and social networking website of the same name that could be accessed at http://www.parler.com. The computer servers used by Parler to host its website were located outside of the State of New York. Individuals who used Parler's

services could create accounts using vanity names and then use those accounts to post messages to their followers and/or the public at large, to communicate privately with subsets of Parler users, and to follow the accounts of other Parler users. Individuals with Parler accounts could also go to Parler's website and view posts by individuals they followed or by individuals who had made their posts publicly accessible.

4. The defendant EDUARD FLOREA operated a social media account on Parler that had the vanity name "LoneWolfWar" (the "Florea Parler Account"). On or about January 5, 2021 and January 6, 2021, the Florea Parler Account was visible online to members of the public, and FLOREA's posts to the Florea Parler Account were publicly accessible. As of those dates, the Florea Parler Account had approximately 3,900 Parler followers.

III. The Georgia Senate Election and the Invasion of the U.S. Capitol

5. On or about January 5, 2021, the State of Georgia held run-off elections for its two United States Senate seats. Raphael Warnock was a candidate for one of the Georgia Senate seats. In the evening of January 5, 2021, the news media widely reported that Warnock had won election to the United States Senate.

6. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

7. On or about January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

8. On or about January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential election, which had taken place on or about November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Michael Pence was present and presiding, first in the joint session, and then in the Senate chamber.

9. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

10. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows.

11. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all

proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

12.     The January 6, 2021 purported protest event was promoted in advance online, and some of the individuals who forced entry into the U.S. Capitol traveled interstate to Washington, D.C. for this event. Some individuals coordinated their activities using social media platforms, including Parler.

13.     During the course of these events at the U.S. Capitol, there were several fatalities. These deaths included that of a U.S. Capitol Police officer who suffered injuries during the riot, and passed away from those injuries the following day. More than 50 members of the U.S. Capitol Police and/or the Metropolitan Police Department of the District of Columbia sustained injuries during the invasion of the U.S. Capitol building.

IV.     The Defendant's Threatening Communications on Parler

14.     On or about January 5, 2021, at approximately 8:40 p.m., the defendant EDUARD FLOREA posted on Parler, "We need to all come to an agreement….and go armed… and really take back Washington." A few minutes later, FLOREA posted on Parler, "Tomorrow may very be the day war kicks off . . ."[1]

15.     On or about January 5, 2021, at approximately 8:53 p.m., the defendant EDUARD FLOREA posted on Parler in response to another Parler user, "I catch one of you fuckers in DC tomorrow…. definitely slicing a throat….I fucking promise you…"

---

[1]     The language cited herein, including spelling, grammar, punctuation and spacing, appears as originally set forth in the Florea Parler Account.

16.     On or about January 5, 2021, at approximately 11:53 p.m., the defendant EDUARD FLOREA posted on Parler, "Warnok is going to have a hard time casting votes for communist policies when he's swinging with the fucking fish...."

17.     In the early morning hours on or about January 6, 2021, at approximately 12:42 a.m., the defendant EDUARD FLOREA commented on another user's Parler post, which stated, "FUCK RAPHAEL WARNOCK LOSER," by posting in response, "Dead men can't pass shit laws . . . . ."

18.     During the morning on or about January 6, 2021, at approximately 9:43 a.m., the defendant EDUARD FLOREA posted on Parler, "Let's go...I will be reaching out to patriots in my area so we can come up with a game plan... Here in New York we are target rich. . . . but there is only one that comes to my mind that is the starting point.   Not sure where you are... but I would imagine you have one in mind too.   Dead men can't pass shit laws.... I will fight so help me god."

19.     On or about January 6, 2021, between approximately 2:02 p.m. and 4:35 p.m., the defendant EDUARD FLOREA posted on Parler a series of messages, stating in substance and in part:

a)     "Mine are ready....I am ready.... we need to regroup outside of DC and attack from all sides... talking to some other guys....I will keep watching for the signal."

b)     "I am awaiting my orders...armed and ready to deploy...."

c)     "Guns cleaned loaded . . . got a bunch of guys all armed and ready to deploy . . . we are just waiting for the word"

d)     "There 3 car full of armed patriots heading in from NY...."

e)     "3 cars of armed patriots heading into DC from NY"

f)      "3 cars full of armed patriots are enroute from NY"

g)      "The time for peace and civility is over. . . ."

h)      "100%.... peace time is over.... these fuckers are trampling our rights and they are twisting our words... they use the laws against us while our leaders run as cowards.... Fucking kill them all.... And anyone who stands in the way...."

i)      "Me and some guys are gearing up to head in. . . . where are you . . . 3 cars already are enroute . . . .all armed."

20.     On or about January 6, 2021, at approximately 6:00 p.m., the defendant EDUARD FLOREA posted on Parler, "It's time to unleash some violence."

21.     On or about January 6, 2021, at approximately 8:28 p.m., the defendant EDUARD FLOREA posted on Parler, "I don't know why we keep advocating to fight fair with these fucks...we need to take them out ...one by one..."

## V.      The Defendant's Possession of Ammunition

22.     On or about January 12, 2021, law enforcement officers executed a search warrant at the defendant EDUARD FLOREA's home in Queens, New York.   The search revealed approximately nine-hundred Winchester .22 Long Rifle rounds, twenty-five Remington 12-gauge Remington Shotshell rounds and a Prvi Partisan .300 caliber Winchester Magnum round.   Law enforcement officers also recovered approximately 72 military-style combat knives, two hatchets and two swords.

COUNT ONE
(Transmission of Threats to Injure)

23.     The allegations contained in paragraphs one through 22 are realleged and incorporated as if fully set forth in this paragraph.

24.     On or about and between January 5, 2021 and January 6, 2021, within the Eastern District of New York and elsewhere, the defendant EDUARD FLOREA, also known as "LoneWolfWar," did knowingly and willfully transmit in interstate and foreign commerce, using an Internet-based electronic communications service, one or more electronic communications, to wit: posts on Parler, containing threats to injure the person of another.

(Title 18, United States Code, Sections 875(c) and 3551 et seq.)

COUNT TWO
(Felon in Possession of Ammunition)

25.     On or about January 12, 2021, within the Eastern District of New York, the defendant EDUARD FLOREA, also known as "LoneWolfWar," knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: nine-hundred Winchester .22 Long Rifle rounds, twenty-five Remington 12-gauge Remington Shotshell rounds and a Prvi Partisan .300 caliber Winchester Magnum round.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNT ONE

26.     The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

27.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c))

### CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNT TWO

28.  The United States hereby gives notice to the defendant that, upon

his conviction of the offense charged in Count Two, the government will seek forfeiture in

accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States

Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or

used in any knowing violation of Title 18, United States Code, Section 922 or Section 924,

including but not limited to: nine-hundred Winchester .22 Long Rifle rounds, twenty-five

Remington 12-gauge Remington Shotshell rounds and one Prvi Partisan .300 caliber Winchester

Magnum round, seized from the defendant on or about January 12, 2021 in Queens, New York.

29.  If any of the above-described forfeitable property, as a result of any act or

omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____

FOREPERSON

_____

SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No.

## UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

EDUARD FLOREA,
also known as "LoneWolfWar,"

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 875(c), 922(g)(1), 924(a)(2), 924(d), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

**Francisco J. Navarro and Andrew P. Wenzel, Assistant U.S. Attorneys, 718-254-700**