

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/APW
F. #2021R00043

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 11, 2021

<u>By Hand Delivery and ECF</u>

Mia Eisner-Grynberg, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza - 16th Floor
Brooklyn, NY 11201

   Re: United States v. Eduard Florea
     <u>Criminal Docket No. 21-037 (EK)</u>

Dear Ms. Eisner-Grynberg:

  Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. These materials are being produced pursuant to the Protective Order entered by the Court on May 10, 2021.

  The government hereby provides the following documents, photographs, electronic data, and other information, some of which records may contain statements of the defendant:

| Bates Numbers | Description |
|---|---|
| EF000192-EF000192 | Electronic copy of three hard drives from a Corsair computer bearing a serial number ending in 9709, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000193-EF000193 | Electronic copy of five Micro SD cards seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000194-EF000194 | Electronic copy of 6 flash drives seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000195-EF000195 | Electronic copy of an Acer computer bearing a serial number ending in 2701, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |

| Bates Numbers | Description |
| --- | --- |
| EF000196-EF000196 | Electronic copy of an external hard drive from an Asus desktop computer bearing a serial number ending in 9709, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000197-Ef000197 | Electronic copy of a Dell Vostro tower computer bearing a serial number ending in GBP1, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000198-EF000198 | Electronic copy of four hard drives seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000199-EF000199 | Electronic copy of a Galaxy Note bearing an IMEI ending in 1448, which was seized from the defendant on January 13, 2021 (SENSITIVE). |
| EF000200-EF000200 | Electronic copy of a Galaxy Note bearing an IMEI ending in 6098, which was seized from Joni Florea on January 13, 2021 (SENSITIVE). |
| EF000201-EF000201 | Electronic copy of a Galaxy Note bearing an IMEI ending in 4013, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000202-EF000202 | Electronic copy of a Galaxy Note bearing an IMEI ending in 7248, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000203-EF000203 | Electronic copy of a Hitachi hard drive bearing a serial number ending in 35NB, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000204-EF000204 | Electronic copy of a HP Stream laptop computer bearing a serial number ending in 4XMT, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000205-EF000205 | Electronic copy of an iPhone 6 bearing an IMEI ending in 2088, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE) |
| EF000206-EF000206 | Electronic copy of a Macbook Pro bearing a serial number ending in LVDQ, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE) |

| Bates Numbers | Description |
|---|---|
| EF000207-EF000207 | Electronic copy of a Motorola Nexus telephone bearing an IMEI ending in 1934, which was seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000208-EF000208 | Electronic copy of a Western Digital hard drive bearing a serial number ending in 2407, which seized from the defendant's residence on January 13, 2021 (SENSITIVE). |
| EF000176-EF000191 | Photographs of ammunition seized from the defendant's residence |
| EF000209-EF000216 | Records obtained from eBay, Inc. (SENSITIVE) |
| EF000217-EF000219 | Stormfront Screenshots |
| EF000220-EF0002361 | Records obtained from Facebook, Inc. (SENSITIVE) |
| EF002362-EF002374 | Records obtained from Google, LLC (SENSITIVE) |
| EF002375-EF002376 | Records obtained from The Home Depot, Inc. |
| EF002377-EF002545 | Records obtained from Oath Holdings, Inc. (SENSITIVE) |
| EF0002546-EF0002570 | Records obtained from PayPal, Inc. (SENSITIVE) |
| EF002571-EF002574 | Pen register trap and trace information obtained from T-Mobile, Inc. regarding the defendant's telephone ending in 7415. |
| EF002575-EF003501 | Records obtained from TD Bank, Inc. (SENSITIVE) |
| EF003502-EF003512 | Records obtained from T-Mobile, Inc. |
| EF003513-EF003513 | Records obtained from Amazon, Inc. |
| EF003574-EF003574 | Records obtained from Stripe |
| EF003575-EF003590 | Records obtained from TransUnion |
| EF003591-EF003632 | Records obtained from JPMorgan Chase Bank |
| EF003633-EF003651 | Records obtained from Experian |
| EF003652-EF002652 | Log of items collected from the defendant's residence on January 15, 2021 |

| Bates Numbers | Description |
|---|---|
| EF003653-EF003705 | Agent Affidavit in Support of Application for Search Warrants for Stored Electronic Communications |

In addition, during the course of its investigation, the government has obtained certain physical evidence. You may examine the physical evidence discoverable under Rule 16, including any original documents, by calling me to arrange a mutually convenient time.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

    Very truly yours,

    MARK J. LESKO
    Acting United States Attorney

By:   /s/ Francisco J. Navarro
       Francisco J. Navarro
       Andrew P. Wenzel
       Assistant United States Attorneys
       (718) 254-7000

Enclosures

cc:    Clerk of the Court (EK) (by ECF) (without enclosures)