**DOCKET NUMBER:**     CR 21-0037

## CRIMINAL CAUSE FOR Telephone Status Conference

**Date Received By Docket Clerk:**_____   **Docket Clerk Initials:**_____

**BEFORE JUDGE:** Eric Komitee, USDJ   **DATE:** 6/18/21   **TIME IN COURT** 10 MINS

**DEFENDANT'S NAME:** Eduard Florea   **DEFENDANT'S #: 1**

- ■ Present   ❏ Not Present   ■ Custody   ❏ Not Custody

**DEFENSE COUNSEL:** Mia Eisner-Grynberg

- ■ Federal Defender   ❏ CJA   ❏ Retained

**A.U.S.A.:** Francisco Navarro

**COURT REPORTER:** Electronically recorded

- ❏ Arraignment
- ❏ Change of Plea Hearing (~Util-Plea Entered)
- ❏ In Chambers Conference
- ❏ Pre Trial Conference
- ❏ Initial Appearance
- ■ Status Conference
- ■ Telephone Conference
- ❏ Revocation of Probation non contested
- ❏ Revocation of Probation contested
- ❏ Sentencing non-evidentiary
- ❏ Sentencing Contested
- ❏ Revocation of Supervised Release evidentiary
- ❏ Revocation of Supervised Release non-evidentiary

❏ Voir Dire Begun   ❏ Voir Dire Held   ❏ Jury selection   ❏ Jury trial
❏ Jury Trial Death Penalty   ❏ Sentence enhancement Phase   ❏ Bench Trial Begun

**UTILITIES**

- ❏ ~Util-Plea Entered   ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter   ❏ ~Util-Indictment Un Sealed   ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines   ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
- ❏ ~Util-Terminate Parties
- ■ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES   ■ NO

**TEXT:** The motion for bond is referred to the duty magistrate judge. A further status conference is set for July 19, 2021, at 10:30 a.m. This next conference will be held telephonically, absent further guidance regarding the mode of appearance. The parties are directed to call 888-808-6929 five minutes before the scheduled start of the conference and use access code 564-7824. The government's application to exclude time under the Speedy Trial Act was granted on consent; in the interest of justice, time is excluded through July 19, 2021. Finally, the BOP is directed to review Mr. Florea's medical records promptly and provide such treatment as they deem necessary or appropriate based on the defendant's medical history and current condition.