Case 1:21-cr-00037-EK-CLP   Document 30   Filed 08/16/21   Page 1 of 1 PageID #: 227

Clerk's Office
Filed Date:
8/16/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-                         Docket No. 21-cr-37 (EK)

EDUARD FLOREA
-------------------------------------------------------X

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

      The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Eduard Florea
Defendant

_____
United States Attorney
By: Francisco Navarro, AUSA

_____
Mia Eisner-Grynberg
Defendant's Attorney

Dated:   Brooklyn, New York
           August 9, 2021

_____
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York