**DOCKET NUMBER:** _21-37_____

**CRIMINAL CAUSE FOR** _Pleading_____

**BEFORE CHERYL L. POLLAK, U.S.M.J.**  **DATE:** 8/9/2021  **TIME IN COURT:** 48 minutes

**DEFENDANT'S NAME:** _Eduard Bogdan Florea_____
_X_ Present  _____ Not Present  _X_ Custody  _____ Not Custody

**DEFENSE COUNSEL:** _Mia Eisner-Grynberg_____
_X_ Federal Defender  _____ CJA  _____ Retained

**A.U.S.A.:**  Francisco Navarro, Andrew
Wenzel  **PRETRIAL/PROBATION:**

X  **COURT REPORTER**  **ESR OPERATOR**  **LOG:** Andronikh
Barna 9:00 AM
_____  _____  _____  – 9:48 AM

**INTERPRETER:** None  **LANGUAGE:** n/a

| | |
|---|---|
| _____ Arraignment | _____ Revocation of Probation – non-contested |
| _X_ Change of Plea Hearing (~*Util-Plea Entered*) | _____ Revocation of Probation – contested |
| _____ In Chambers Conference | _____ Sentencing – non-evidentiary |
| _____ Pre-Trial Conference | _____ Sentencing – contested |
| _____ Initial Appearance | _____ Revocation of Supervised Rel. – evidentiary |
| _____ Status Conference | _____ Revocation of Supervised Rel. – non-evidentiary |
| _____ Telephone Conference | _____ Voir Dire Begun |
| _____ Jury Selection | _____ Voir Dire Held |
| _____ Motion Hearing – evidentiary | |
| _____ Other Hearing: | |

_X_ Case called
_X_ Defendant:  Sworn  X  Informed of Rights  X
_X_ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to
have the plea taken before a U.S. District Judge.
_____ Waiver of Indictment Executed
_X_ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
_X_ Court Finds Factual Basis for the Plea
_X_ Sentencing Set for:  November 29, 2021, at 2:00 PM
_X_ Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find
that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a
factual basis for the plea; and (3) accept the plea.
_____ Order of Excludable Delay Entered:  From  To
_____ Order of Temporary Detention Entered

**TEXT**
Case Called. Defendant Eduard Florea present with FD Mia Eisner-Grynberg. AUSAs Francisco Navarro,
Andrew Wenzel present for the government. Defendant pleads guilty to Count 1, Transmission of Threats to
Injure, 18 U.S.C. § 875(c); and Count 2, Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1).

Sentencing set for November 29, 2021 before Judge Komitee. Defendant requested, and Court granted, proceeding by phone because of technical issues regarding Webex video.

**UTILITIES**

| | | | |
|---|---|---|---|
| X | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| _____ | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |